**RECEIVED**

JAN - 9 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

RECEIVED

FEB 0 7 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 05-60012-01 |
| VS. | JUDGE DOHERTY |
| ANTONIO DECARLO GREEN a/k/a Tony Green | MAGISTRATE JUDGE METHVIN |

## RULING ON MOTION

This matter[1] was referred to United States Magistrate Judge Mildred E. Methvin for her Findings and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Antonio Decarlo Green's Motion in Limine to Prevent Introduction of Other Crimes Evidence is **GRANTED** as to the evidence of the gun receipt **AND DENIED** as to 1994 conviction and the alleged marijuana possession on March 3, 2005.

**IT IS FURTHER ORDERED** that the Motion to Require Identity of Cs, Motion to Produce NCIC of CS is **DENIED**.

Lafayette, Louisiana this 7 day of February.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

---

[1] Rec. Doc. 34, 36.