RECEIVED

MAY - 2 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO: 05-60012 |
| VERSUS | JUDGE DOHERTY |
| ANTONIO DECARLO GREEN | MAGISTRATE JUDGE METHVIN |

## MEMORANDUM RULING AND ORDER

Before the Court is the "Defendant's Motion to Reduce his Federal Sentence Pursuant to 18 U.S.C. 3582(c)(2)" [Doc. 109], filed by defendant Antonio Green. The defendant was convicted at trial of one count of Distribution of Cocaine Base in violation of 21 U.S.C. §841(a)(a) and one count of Use of a Communication Facility in violation of 21 U.S.C. §843(b). On October 27, 2008, the defendant was sentenced to 87 months on the distribution count and 48 months on the communications facility count, to run concurrently, for a total term of imprisonment of 87 months, with credit for time served. The sentenced imposed was a non-guidelines sentence.[1] Also, because the defendant was sentenced in 2008, he was sentenced after the 2007 retroactive amendments to the sentencing guidelines for crack cocaine offenses became effective.

Considering the foregoing, to the extent the defendant is seeking a sentence reduction pursuant to the 2007 retroactive amendments to the sentencing guidelines for crack cocaine offenses, he has already received the benefit of a reduced sentence pursuant to those amendments. To the

---

[1] The guidelines sentencing range on count 1 was 97 months to 121 months; the range on count 2 was 48 months.

extent the defendant is seeking a reduction pursuant to the Fair Sentencing Act ("FSA"),[2] the Fifth

Circuit has held the Federal Savings Clause precludes retroactive application of the FSA. *See United

States v. Doggins,* 633 F.3d 379, 384 (5th Cir.2011).

Considering the foregoing, the defendant's request for relief is DENIED at this time. Should

Congress or the Sentencing Commission determine the Fair Sentencing Act is to be applied

retroactively to cases like the defendant's, the defendant may re-urge the instant motion should he

deem it appropriate.

THUS DONE AND SIGNED in Lafayette, Louisiana on this ___2___ day of May, 2011.

                    REBECCA F. DOHERTY
                    UNITED STATES DISTRICT JUDGE

SENT

DATE 5-2-11

BY OB

TO USPO

---

[2] The Fair Sentencing Act ("FSA"), an "Act to restore fairness to [f]ederal cocaine sentencing," was enacted on August 3, 2010.